```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION


WILLIAM GRICE, JR.,                :
                                   :
    Plaintiff,                     :
                                   :
vs.                                :    CIVIL ACTION 11-0650-M
                                   :
MICHAEL J. ASTRUE,                 :
Commissioner of Social Security,   :
                                   :
    Defendant.                     :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff William Grice, Jr.

DONE this 26th day of June, 2012.

                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE